UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO SOLIS,<br><br>    Defendant. | Case No.: ED21-0009M<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)     The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)     information in the Pretrial Services Report and Recommendation

    (X)     information in the violation petition and report(s)

    (X)     the defendant's nonobjection to detention at this time

    ()     other:

1

1         and/ or

2   B. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

         (X)    information in the Pretrial Services Report and Recommendation

         (X)    information in the violation petition and report(s)

         (X)    the defendant's nonobjection to detention at this time

         ( )    other:

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 11, 2021

                                  _____
                                  KENLY KIYA KATO
                                  United States Magistrate Judge